UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re:<br>GLADYS MURRAY,<br>Debtor. | Chapter 13<br>Case No. 15-10683JNF |
|---|---|

## DEBTOR'S AMENDED OBJECTION TO PROOF OF CLAIM NO. 5 FILED BY CAVLARY SPV I, LLC

Gladys Murray (the "Debtor"), by counsel, hereby object to Proof of Claim No. 5 filed by Cavalry SPVI, LLC ("Cavalry") in the amount of $702.18 for the following reasons:

1. The proof of claim filed by Cavalry appears on its face, to be for an extension of credit to Debtor in the form of a credit by Capital One Bank, (USA). Upon information and belief, Debtor has never had such a credit account or if she did, paid off that credit. Further, Cavalry has not established that it owns the debt at issue and its proof of claim should therefore be stricken.

2. Debtor, therefore, has no liability to Cavalry on the Proof of Claim number 5 and it should be disallowed in its entirety by the Court.

3. Debtor has requested verification of the debt from Cavalry pursuant to USBR Rule 3001 (c)(1) and (3)(B). Should proper verification of the debt be timely received, Debtor will withdraw this objection.

WHEREFORE, Debtor requests that the Court disallow in its entirety Proof of Claim no. 5 filed by Calvary and for such other and further relief as the Court deems

08/21/2015 No Responses were filed by the claimant. The Objection is sustained.

[signed] Joan N. Feeney